UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACEY E TURLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> SGT. GARCIA, et al. <br><br> Defendants. | No. 1:23-cv-01092-SAB (PC) <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF THIRTY DAYS TO FILE AN AMENDED COMPLAINT <br><br> (ECF No. 11) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On August 7, 2023, the Court screened Plaintiff's complaint, found no cognizable claim, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. Accordingly, on September 18, 2023, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute, failure to comply with a court order, and failure to state a cognizable claim for relief. (ECF No. 9.)

On October 6, 2023, Plaintiff filed a response to the order to show cause in which he expresses his desire to proceed with the case. (ECF No. 11.) In light of Plaintiff's response, the Court will discharge the order to show cause and grant Plaintiff thirty days to file an amended complaint in accordance with the Court's August 7, 2023, screening order.

Accordingly, it is HEREBY ORDERED that:

1. The Court September 18, 2023 order to show cause is DISCHARGED;
2. Within thirty (30) days from the date of service of this order, Plaintiff shall file an amended complaint; and
3. Failure to comply with this order will result in a recommendation to a District Judge to dismiss this action.

IT IS SO ORDERED.

Dated:   **October 10, 2023**

UNITED STATES MAGISTRATE JUDGE

2