UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACEY E TURLEY, JR., <br><br>    Plaintiff, <br><br>    v. <br><br> SGT. GARCIA, et al. <br><br>    Defendants. | No. 1:23-cv-01092-SAB (PC) <br><br> ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED <br><br> (ECF No. 128) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On August 7, 2023, the Court screened Plaintiff's complaint, found no cognizable claim, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) Plaintiff failed to file an amended complaint or otherwise responded to the Court's order. Accordingly, on September 18, 2023, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief. (ECF No. 9.) On October 6, 2023, Plaintiff filed a response to the order to show cause. (ECF No. 11.) In light of Plaintiff's response, on October 11, 2023, the Court discharged the order to show cause and granted Plaintiff thirty days to file an amended complaint. (ECF No. 12.) Plaintiff has not file an amended complaint or otherwise responded to the Court's October 11, 2023, and the time to do so has passed.

Accordingly, it is HEREBY ORDERED that:

1. Within fourteen (14) days from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

1

2. Failure to comply with this order will result in a recommendation to dismiss this action for the reasons stated above.

IT IS SO ORDERED.

Dated: __**November 20, 2023**__

UNITED STATES MAGISTRATE JUDGE