UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACEY E. TURLEY, JR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SGT. GARCIA, et al.<br><br>　　　　　Defendants. | No.  1:23-cv-01092-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 15) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 7, 2023, the Court screened Plaintiff's complaint, found no cognizable claim, and granted Plaintiff thirty days to file an amended complaint.  Doc. 8.  Plaintiff failed to file an amended complaint or otherwise respond to the Court's order.  *See* docket.  Thereafter, on September 18, 2023, the Court ordered Plaintiff to show cause why the action should not be dismissed.  Doc. 9.  Plaintiff filed a response on October 6, 2023, expressing his desire to proceed with the case and restating the alleged facts.  Doc. 11.  On October 10, 2023, the Court discharged the order to show cause and granted Plaintiff thirty days to file an amended complaint in accordance with the Court's August 7, 2023 screening order.  Doc. 12.  Plaintiff failed to file an amended complaint or otherwise respond to the Court's October 10, 2023, order.  *See* docket.

     Accordingly, on November 20, 2023, the Court again ordered Plaintiff to show cause why the action should not be dismissed. Doc. 13. Plaintiff failed to respond to the order to show cause. *See* docket. On December 14, 2023, the assigned magistrate judge issued findings and recommendations recommending the district judge dismiss this action for Plaintiff's failure to comply with court orders, failure to prosecute, and failure state a cognizable claim for relief. Doc. 15. The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. *Id*. at 9. No objections were filed and the time to do so has passed. *See* docket.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. After carefully reviewing the file, the Court finds the findings and recommendations are supported by the record and proper analysis.

     Accordingly, it is HEREBY ORDERED:

1. The findings and recommendations issued on December 14, 2023, Doc. 15, are ADOPTED IN FULL.
2. This action is DISMISSED for failure to comply with court orders, failure to prosecute, and failure to state a claim upon which relief can be granted.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   May 19, 2024

UNITED STATES DISTRICT JUDGE